UNITED STATES *v.* F. C. MADER

**No. 4879.**—Invoice dated Paris, France, December 22, 1937.
Certified December 23, 1937.
Entered at Miami, Fla., March 10, 1939.
Entry No. M–531.

(Decided April 18, 1940)

*Webster J. Oliver*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the plaintiff.
Defendant not represented by counsel.

KINCHELOE, Judge: This appeal to reappraisement has been stipulated and submitted for decision by the parties hereto.

In harmony with the stipulation I find the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, plus 8 per centum. Judgment will be rendered accordingly.